

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2014
```

August 20, 2014

**Via Electronic Mail**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 1950
New York, New York 10007

Re:   *United States* v. *David Delva*, S2 12 Cr. 802 (KBF)

Dear Judge Forrest:

I write on behalf of the Government in the above captioned matter, to clarify that my letter to the Court from yesterday was intended to explain the need for, and to renew, the parties' joint request for an adjournment of the trial presently scheduled for September 8, 2014 before Your Honor.

Should the Court have any additional questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Justina L. Geraci
Assistant United States Attorney
(212) 637-2468

cc:   Jeffrey G. Pittell, Esq.   (via electronic mail)
      Maher & Pittell, LLP

ORDERED:
Application denied.

_____
Katherine B. Forrest   8/20/2014
United States District Judge