UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                                                             NOTICE OF MOTION

-against-

                                                             Ind. No.

DAVID DELVA                                              12 Cr 802 (KBF)
                          Defendant.
-----------------------------------------------------------X

SIR/MADAM:

     PLEASE TAKE NOTICE, that upon the Accompanying Memorandum of Law, the Exhibits annexed thereto, and all prior pleadings and proceedings, Defendant DAVID DELVA will move the United States District Court for the Southern District of New York, 500 Pearl St., New York, New York, on a date and time to be set by the Court or as soon thereafter as counsel can be heard for an Order granting the Defendant's motion under FRCP 29 for Judgment of Acquittal, and for any other relief the Court deems just and appropriate.

Dated:     Great Neck, New York
              December 16, 2014

_____       _____
BRUCE R. BRYAN, ESQ.                      JEFFREY G. PITTELL, ESQ.
Attorney for Defendant,                       Attorney for Defendant,
David Delva                                           David Delva
333 East Onondaga Street                  299 East Shore Road
Syracuse, New York 13202                 Great Neck, New York 11023
(315) 476-1800                                  (516) 829-2299
(315) 474-0425 *facsimile*                 (516) 977-3003 *facsimile*


TO:    AUSA Justina Geraci
        AUSA Ryan Poscablo