# JEFFREY G. PITTELL
### ATTORNEY AT LAW

MAHER & PITTELL, LLP  
299 East Shore Road  
Great Neck, New York  11023  
www.jpittell.com

Tel  (516) 829-2299  
Fax  (516) 977-3003  
Email  jp@jpittell.com

February 5, 2015

Hon. Katherine B. Forrest  
U.S. District Court  
500 Pearl St  
NY, NY 10001



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: FEB 0 5 2015

Re:  *US v. Delva* 12 cr 802 (KBF)

Dear Judge Forrest:

We are counsel for David Delva the above referenced defendant. Please accept this letter as a supplemental to our prior *ex parte* **request for payment of a DNA consultant** to be compensated under the CJA act. In our prior request, by letter dated July 29, 2014, we were authorized to retain the services of **Suzanna Ryan** to assist in this matter. Pursuant to our approved request, Ms. Ryan's estimated fee was broken down as follows:

> Review of materials, consult with the defense, assist in trial preparation, preparation of a report. **Estimate 18 hrs. @ $225 per hour**.

> Trial testimony(it is not anticipated that she will testify for more than one day). **Flat fee of $2000 per day**

> Travel time to/from CA/NY - capped at **10 hrs @ $125 hour**

> **Out of pocket, travel expenses** (airfare, cab, meals, hotel)

As the matter approached closer to trial, in the course of trial preparation, we incurred an additional 8.1 hours of services (in addition to the estimated 18 hours) from Mr. Ryan. A full itemization of her services is set forth in her invoice which is attached to the signed CJA 21 voucher that was submitted to for processing by the CJA Clerk's Office. We represent Mr. Ryan's additional time and services were provided. In addition, they were necessary, and greatly beneficial, to our defense in this matter.

In light of the foregoing, we respectfully request approval for payment of the CJA 21 form submitted by Mr. Ryan. This form seeks payment for the previously approved amounts plus an additional 8.1 hours of service. If the Court needs additional information on this matter, please do not hesitate to contact us.

Respectfully submitted,  
/s/  
Jeffrey Pittell

So ordered.  
2/5/15  K. B. Forrest  
USDJ