To Katherine B. Forrest.

US-v-DELVA
12cr802 (KBF)

I have recieved 2 disc from my attorney labeled SD Card Mirror image. When I put it in the computer the first disc has files that is not compatible with the computer. It is in a format of .E01, .E02 file, etc. I cannot view the information on the disc. The second disc had nothing on it. I exhausted my remedies, I already sent my lawyer a letter on how he can fix the problem all he did was send another copy with the same problem. The government sent a copy that was compatible with the computer before, but had files missing. Now, all of a sudden nothing works. The files are most likely compressed. I am asking for the files

to be decompressed and put in the format of .jpeg, .Mp4, .Mp3, .avi, .mpg, .mpeg, and any other format thats compatible to programs like picture viewer, windows media player, Evidence reviewer, Divx player, adobe reader, VLC media player, & NV player also quick View plus. If the first copy I recieved in the year 2013 with the missing files were compatible why all of a sudden they put it in a format that isn't compatible to any of those programs. I need those copies for my future motions. I am entitled to those copies in proper format because some of these files were used at my trial. There is further evidence on the memory card that will exonerate me if I get proper copies in proper format.

Thank You

Ordered

Would the Government please resolve this issue with defense counsel asap?   K.B.F. 2/18/15

David Weber