UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DAVID DELVA, :
:
                  Movant, :
: 12-CR-802-4 (JMF)
    -v- : 19-CV-3623 (JMF)
:
UNITED STATES OF AMERICA, : <u>SCHEDULING ORDER</u>
:
                  Respondent. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On June 16, 2020, the Clerk of Court docketed Movant David Delva's motion for reconsideration of the Court's Order and Opinion issued on May 7, 2020, *see* Docket No. 19-CV-3623, ECF No. 24, but because Mr. Delva's submission was docketed as a letter and not a motion, and in the civil case and not the criminal case, the Court did not immediately realize that it sought relief. The motion, which is postmarked June 4, 2020, was — and is deemed — timely. Any opposition from the Government shall be filed **within two weeks of the date of this Order** (on **both** the civil docket as well as the criminal docket). Movant may not file a reply without leave of Court; anything filed by Movant without leave of court will be disregarded.

       The Clerk of Court is directed to mail a copy of this Order to Mr. Delva.

       SO ORDERED.

Dated: August 12, 2020
       New York, New York
                                                                       JESSE M. FURMAN
                                                            United States District Judge