UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
DAVID DELVA,        :
        :
       Movant,        :    12-CR-802-4 (JMF)
        :    19-CV-3623 (JMF)
   -v-        :
        :    ORDER
UNITED STATES OF AMERICA,        :
        :
      Respondent.        :
        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      David Delva's motion to correct the record pursuant to Rule 36 of the Federal Rules of Criminal Procedure is DENIED as frivolous.  *See, e.g.*, *United States v. Burd*, 86 F.3d 285, 288 (2d Cir. 1996) ("[A] clerical error must not be one of judgment or even of misidentification, but merely of recitation, of the sort that a clerk or amanuensis might commit, mechanical in nature." (internal quotation marks omitted)).

      The Clerk of Court is directed to enter this Order on both Docket Nos. 12-CR-802-4 and 19-CV-3623, to terminate 12-CR-802-4, ECF No. 314, and to mail a copy of this Order to Mr. Delva.

      SO ORDERED.

Dated: November 12, 2020
      New York, New York
                                        JESSE M. FURMAN
                                      United States District Judge