UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
            :
DAVID DELVA,            :
            :
        Movant,        :    12-CR-802-4 (JMF)
            :    19-CV-3623 (JMF)
    -v-        :
            :    <u>ORDER</u>
UNITED STATES OF AMERICA,        :
            :
        Respondent.        :
            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      David Delva represents that he attempted to file a notice of appeal in his civil case and that USPS tracking data indicates it was delivered on October 30, 2020.  *See* ECF No. 34 (19-CV-3623).  No notice of appeal was docketed, and the Court has no record of it.  Finding that these circumstances constitute good cause to extend the deadline, the Court grants Delva an extension of the deadline to file a notice of appeal to **February 16, 2021**.

      The Clerk of Court is directed to enter this Order on both Docket Nos. 12-CR-802-4 and 19-CV-3623, and to mail a copy of this Order to Delva.

      SO ORDERED.

Dated: December 17, 2020
       New York, New York                        JESSE M. FURMAN
                                                        United States District Judge